UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>             Plaintiff,<br><br>     v.<br><br>NICOLE SOLANDER, et al.,<br><br>             Defendants. | No.  2:16-cv-0546-EFB P<br><br><br><br>ORDER |

The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: March 24, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE